**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ERLON COELHO, ON BEHALF OF
HIMSELF AND THOSE SIMILARLY
SITUATED,

      Plaintiff,

-vs-              Case No. 6:08-cv-2065-Orl-28GJK

DOUBLE DIAMOND GROUP, INC.,

      Defendant.
_____

## ORDER

    This case is before the Court on the Joint Motion for Approval of Settlement (Doc. 24, filed April 6, 2009). The United States Magistrate Judge has submitted a Report (Doc. 26) recommending that the motion be granted to the extent that the Court finds the parties' settlement is fair and reasonable, and the parties have filed a "Joint Notice of Non-Objection Regarding the Holding of the Report and Recommendation" (Doc. 27).

    After a review of the record in this matter, and noting the parties' Joint Notice of Non-Objection, the Court agrees with the findings and conclusions in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.  That the Report and Recommendation filed July 8, 2009, 2009 (Doc. 26) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.  The Joint Motion for Approval of Settlement (Doc. 24) is **GRANTED** to the extent that the Court finds the parties' settlement to be fair and reasonable.

3. This case is dismissed with prejudice.

4. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 9th day of July, 2009.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party